Original

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Foundation for Rural Health Care,
a Minnesota nonprofit corporation,

Plaintiff,

vs.

Minnesota Commissioner of Human Services,
Michael O'Keefe, *in his official capacity*

Defendant.

Civil No. 01-CV-1899 JMR/FLN

**ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY ORDERED THAT:

Based on the Stipulation of Settlement, this matter is hereby DISMISSED with prejudice.

Dated: November 7, 2001

The Honorable James M. Rosenbaum
Judge of the District Court

FILED
RICHARD D. SLETTEN, CLERK NOV 9 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Original

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Foundation for Rural Health Care,
a Minnesota nonprofit corporation,

Civil No. 01-CV-1899 JMR/FLN

Plaintiff,

vs.

**STIPULATION FOR SETTLEMENT**

Minnesota Commissioner of Human Services,
Michael O'Keefe, *in his official capacity*

Defendant.

---

Plaintiff Foundation for Rural Health Care (hereinafter referred to as "Plaintiff") and Defendant Commissioner Michael O'Keefe (hereinafter referred to as "Defendant") by and through their attorneys of record, hereby Stipulate as follows:

1. The United States District Court may dismiss, with prejudice, the Verified Complaint for Temporary Restraining Order, Preliminary and Permanent Injunctive Relief and Declaratory Judgment (hereinafter referred to as the "Verified Complaint") in the above-captioned proceeding.

2. The Dismissal does not impair or otherwise restrict Plaintiff's state administrative remedies arising from its May 10, 2001 or October 16, 2001 rate appeals filed with the Minnesota Department of Human Services (hereinafter referred to as "DHS") which challenge DHS' property rate disallowances and impairs no constitutional or federal regulatory right or claim not asserted in the Verified Complaint. Nor shall

anything in this Stipulation affect the determination of whether the property costs in dispute are allowable for further rate setting.

3. This Stipulation cannot be used by other individuals or entities who are not parties to the above-captioned proceeding.

4. Pursuant to various Minnesota state laws enacted in the latest legislative session, the Plaintiff's three nursing homes receive increases based on their historic operating cost payment rates. Sixty-seven percent (67%) of the Cost of Living Adjustment increase, fifty percent (50%) of the disparity increase and 50% of the ninety-day provision increase is legislatively committed to employee compensation costs. The remainder of the increase is hereinafter referred to as the "ULOCI" (Uncommitted Legislative Operating Cost Increase).

5. DHS knows of no rule or statute which requires DHS to recover any ULOCI used to pay disallowed property costs. DHS will therefore not recapture the ULOCI if the Plaintiff's nursing home facilities use that ULOCI to offset the property payment reduction announced by DHS in the July 1, 2001 desk audit rates, which rates were the subject of the Verified Complaint.

6. If the Plaintiff's facilities use the ULOCI included in the July 1, 2001 desk audit rates, or the ULOCI included in any subsequently issued DHS rates, for the purpose of covering all or part of the disallowed property costs, DHS will not recapture the ULOCI by relying on *Koronis Manor Nursing Home v. Dept. of Pub. Welfare*, 311 Minn. 375, 249 N.W.2d 448 (Minn. 1976), regardless of the outcome of Plaintiff's property rate appeals.

7. If the Plaintiff's facilities use the ULOCI to cover disallowed property costs pending the Field Audit appeal, the Plaintiff agrees its facilities will not report or claim any such expenditure as operating costs on any Rule 50 DHS cost report.

8. This Stipulation will not bind DHS in any way regarding rate setting under future systems or its obligations under future laws.

FOR THE PLAINTIFF:

Date Nov. 2, 2001

Samuel D. Orbovich
Atty. Reg. No. 137017

Orbovich & Gartner Chartered
Historic Hamm Building - Suite 417
408 St. Peter Street
St. Paul, Minnesota 55102-1187
Telephone: (651) 224-5074

ATTORNEYS FOR PLAINTIFF
FOUNDATION FOR RURAL HEALTH CARE

FOR THE DEFENDANT:

Date: Nov. 5, 2001

LINDA ANDERSON
Deputy Commissioner
Minnesota Department of Human Services

FOR THE DEFENDANT:

MIKE HATCH
Attorney General
State of Minnesota

Date: Nov. 5, 2001

PATRICIA A. SONNENBERG
Assistant Attorney General
Att. Reg. No. 148039

ERIKA S. SCHNELLER
Atty. Reg. No. 0288056

445 Minnesota Street, Suite 900
St. Paul, MN 55102-2109
(651) 296-3044 (Sonnenberg)
(651) 296-1427 (Schneller)
(651) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANT
MICHAEL O'KEEFE